IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| COFFEE POT CAFÉ, LLC.<br><br>     Plaintiff and<br>     Defendant-in-Counterclaim<br><br>v.<br><br>THE LEGACY SANDWICH, LLC<br><br>     Defendant and<br>     Plaintiff-in-Counterclaim. | Case No. 1:12-cv-00083-DBH |

**STIPULATION OF DISMISSAL
PURSUANT TO F.R.Civ.P. 41(a)(1)(A)(ii)**

Pursuant to F.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Coffee Pot Café, LLC, by and through its counsel, Rudman Winchell, and Defendant The Legacy Sandwich, LLC, by and through its counsel, Tredecim, LLC, hereby stipulate to the dismissal with prejudice and without costs to any party of all claims brought in the above-captioned matter, and all counts therein.

Dated this 1st day of October, 2012 in Bangor, Maine.

/s/ *Anthony D. Pellegrini*
Anthony D. Pellegrini, Esquire
Rudman Winchell
Attorneys for Plaintiff Coffee Pot Café, LLC
84 Harlow Street – P.O. Box 1401
Bangor, Maine  04402-1401
Tel:  (207) 947-4501
Fax: (207) 941-9715
E-mail:  apellegrini@rudmanwinchell.com

1

Dated this 1st day of October, 2012 in Portland, Maine.

/s/ *Sean L. Sweeney*
Sean L. Sweeney, Esquire
Tredecim, LLC
Attorneys for Defendant The Legacy Sandwich, LLC
91-J Auburn Street, #1133
Portland, Maine  04103
Tel:  (207) 221-6100
Fax: (617) 507-5578
E-mail:  sean@tredecimlaw.com

Dated this 1st day of October, 2012 in Portland, Maine.

/s/ *Lance E. Walker*

/s/ *Darya I. Haag*
Lance E. Walker, Esq.
Darya I. Haag, Esq.
Norman, Hanson & Detroy, LLC
Attorneys for Defendant The Legacy Sandwich, LLC
415 Congress Street - P.O. Box 4600
Portland, Maine  04112-4600
Tel:  (207) 774-7000
E-mail:  lwalker@nhdlaw.com
E-mail:  dhaag@nhdlaw.com